BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
BRIAN R. MEANS
Supervising Deputy Attorney General
BRIAN G. SMILEY
Deputy Attorney General
State Bar No. 180658
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5286
  Fax: (916) 324-2960
  Email: @doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT C. HOWARD,<br><br>                       Petitioner,<br><br>v.<br><br>STEVEN ORNOSKI, Acting Warden of San Quentin State Prison,<br><br>                       Respondent. | CAPITAL CASE<br><br>CV-F-93-5726 REC<br><br>ORDER ON UNOPPOSED REQUEST TO CONTINUE HEARING AND RESCHEDULE BRIEFING ON PETITIONER'S MOTION FOR *NUNC PRO TUNC* FILING OF FIRST AMENDED PETITION |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's unopposed request to continue hearing and reschedule briefing on Petitioner's motion for *nunc pro tunc* filing of first amended petition is hereby granted. The hearing on Petitioner's motion is continued to Monday, January 30, 2006, at 1:30 p.m. The time for filing Respondent's memorandum of points and authorities is extended to January 16, 2006. The time for filing Petitioner's reply points and authorities, if any, is extended to January 23, 2006.

[Proposed] Order

1

1 | Dated:__11/21/05

2 | /s/Robert E. Coyle
HONORABLE ROBERT E. COYLE
3 | SENIOR JUDGE
UNITED STATES DISTRICT COURT